1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11  GERARDO MONSON-LOPEZ,                )   Criminal No. 12-CR-3944-L
                                         )   Civil No.     13-CV-0621-L
12              Defendant-Petitioner,    )
                                         )   **ORDER DISMISSING WITH**
13                                       )   **PREJUDICE PETITIONER'S**
                                         )   **MOTION FOR REDUCTION OF**
14  v.                                   )   **SENTENCE UNDER 28 U.S.C. § 2255**
                                         )
15  UNITED STATES OF AMERICA,            )
                                         )
16              Plaintiff-Respondent.    )
                                         )
17  _____  )

18       On January 4, 2013, Petitioner Gerardo Monson-Lopez ("Petitioner") filed a Motion for

19  Reduction of Sentence pursuant to 28 U.S.C. § 2255.  Petitioner essentially requests that this

20  Court grant a downward departure of up to two points due to Petitioner's immigration removal

21  status.  The Court has reviewed the record in this case, which clearly establishes that on October

22  16, 2012, Petitioner waived both his right to appeal and to collaterally attack his conviction and

23  sentence.  (Plea Agreement ¶ XI.)  Petitioner's motion raises no challenge to the validity of that

24  waiver, therefore this Court lacks jurisdiction to consider any collateral challenge to his

25  conviction and sentence.  *See Washington v. Lampert*, 422 F.3d 864, 869-70 (9th Cir. 2005)

26  (recognizing that if sentencing agreement's waiver of the right to file a federal habeas petition

27  was valid, district court lacked jurisdiction to hear the case).

28  / / /

Accordingly, Petitioner's Motion For Reduction of Sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: March 20, 2013

_____
M. James Lorenz
United States District Court Judge

COPIES TO:
PETITIONER
U.S. ATTORNEY'S OFFICE